UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                  HONORABLE PAUL L. MALONEY

v.

                                  Case No. 1:09-cr-381

MICHAEL JOSEPH WILLETT,

    Defendant.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the Defendant's motion for ends of justice continuance of the final pretrial presently scheduled for March 1, 2010 and trial scheduled for March 9, 2010. The basis of the Defendant's motion is that additional time is necessary in order to complete the terms of a plea agreement or in the event a plea agreement cannot be completed, to prepare for trial. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **April 5, 2010 at 10:30 a.m.** Jury trial is rescheduled to **April 13, 2010 at 8:45 a.m.**

Dated:                                               /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             Chief United States District Judge